74,501-08

TEXAS COURT OF CRIMINAL APPEALS

CAUSE NO. 241-1308-07 D

CAUSE NO. 241-2005-07

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 23 2015

Abel Acosta. Clerk

EDWARD TUCKER,

    Relator,

V.

THE DISTRICT CLERK, SMITH COUNTY,

    Respondent,

## LEAVE FOR APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, EDWARD TUCKER, RELATOR IN THE ABOVE STYLE NUMBER CAUSE AND MOVE THE COURT OF CRIMINAL APPEALS FOR WRIT OF MANDAMUS, PURSUANT TO TEXAS CODE OF CRIMINAL PROCEDURE, ARTICLE 11.07, SECTION 3(b), [WEST 2015] AND WOULD SHOW THE COURT THE FOLLOWING:

### JURISDICTION:

THIS COURT HAS SUBJECT MATTER, JURISDICTION PURSUANT TO ARTICLE 1, SECTION 10, ARTICLE 1, SECTION 12, ARTICLE 9, SECTION 19, BILL OF RIGHTS IN TEXAS CONSTITUTION AND THE FIFTH AMENDMENT, THE NINTH AMENDMENT, AND FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION OF AMERICA.

### RELIEF SOUGHT:

THE COURT OF CRIMINAL APPEALS IS UNDER A MINISTERIAL DUTY TO ORDER THE DISTRICT CLERK OF SMITH COUNTY, TEXAS TO IMMEDIATELY FORWARD THE STATE APPLICATION FOR WRIT, HABEAS CORPUS TO THE COURT OF CRIMINAL APPEALS, PURSUANT TO TEXAS CODE OF CRIMINAL

(1)

PROCEDURE, ARTICLE 11.07, SECTION 3(b) [WEST 2015].

## PROCEDURE HISTORY:

RELATOR WAS CONVICTED IN THE 241 ST. DISTRICT COURT IN SMITH COUNTY, TEXAS, IN CAUSE NUMBER 241-1308-07 D, OF INJURY TO A CHILD AND CAUSE NUMBER 241-2005-07, OF BURGLARY OF HABITATION, THE COURT ASSESSED PUNISHMENT AT LIFE IN THE FIRST CONVICTION AND SIXTY YEARS IN THE SECOND CONVICTION.

## STATEMENT OF THE CASE:

IN AUGUST 2015, RELATOR FILED A STATE APPLICATION FOR WRIT OF HABEAS CORPUS IN THE DISTRICT COURT ON SEPTEMBER 30, 2015, THE STATE ISSUE AN ANSWER THAT THERE ARE NO CONTROVERTED PREVIOUSLY UNRESOLVED FACTS TO THE LEGALITY OF THE RELATOR'S CONFINEMENT, WHICH REQUIRE AN EVIDENTIARY HEARING AND RECOMMENDS THAT THE RELIEF REQUESTED BE DENIED.

## SHOWING OF CAUSE:

RELATOR CONTENDS THAT THE DISTRICT CLERK HAS NO AUTHORITY TO CONTINUE TO HOLD RELATOR'S APPLICATION FOR WRIT HABEAS CORPUS RELIEF AND IS UNDER A MINISTERIAL DUTY TO IMMEDIATELY FORWARD THE APPLICATION AND RELATED RECORDS TO THIS COURT OF CRIMINAL APPEALS, PURSUANT TO TEXAS CODE OF CRIMINAL PROCEDURE, ARTICLE 11.07, SECTION 3(d). **SEE: McCEE V. HAMPTON, 824 S.W. 2d 578, 579 [ TEX. CR. APP. 1992 ] ; MARTIN V. HAMLIN, 25 S.W. 3d 718, 719 [ TEX. CR. APP. 2000 ].**

RELATOR HAS NO OTHER ADEQUATE REMEDY AT LAW TO PURSUE THE RE-QUESTED RELIEF THAN THIS APPLICATION OF WRIT OF MANDAMUS.

(2)

WHEREFORE, RELATOR PRAYS THAT THE COURT ISSUE A WRIT OF MAN-DAMUS, DIRECTING THE DISTRICT CLERK OF SMITH COUNTY, TEXAS, TO IMMEDIATELY FORWARD THE HABEAS APPLICATION TO SAID COURT OF CRIMINAL APPEALS.

RESPECTFULLY,

_____

EDWARD TUCKER

## CERTIFICATE OF SERVICES

THE RELATOR, HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING APPLICATION OF WRIT OF MANDAMUS HAS BEEN SERVE UPON THE TEXAS COURT OF CRIMINAL APPEALS CLERK'S OFFICE, AT P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711.

EXECUTED ON DECEMBER 15, 2015.

_____

EDWARD TUCKER
TDCJ HODGE UNIT
379 FM 2972 W.
RUSK, TEXAS 75785

(3)

TEXAS COURT OF CRIMINAL APPEALS

CAUSE NO. 241-1308-07 D

CAUSE NO. 241-2005-07


EDWARD TUCKER,

    Relator,

V.

THE DISTRICT CLERK, SMITH COUNTY,

    Respondent,


## MOTION FOR SUSPENSION OF THE RULE WITH

## SUPPORTING AFFIDAVIT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, EDWARD TUCKER, PROSE AND FILED MOTION FOR SUSPENSION OF THE RULES WITH SUPPORTING AFFIDAVIT, PURSUANT TO RULE 2 OF TEXAS APPELLATE PROCEDURE [WEST 2015] AND SHOW THE COURT THE FOLLOWING:


### 1]. SHOWING OF CAUSE:

1. RELATOR REQUEST TO FILE ONE ORIGINAL COPY OF WRIT OF MANDAMUS WITHOUT FILING 11 COPIES, SINCE HE'S A STATE PRISONER AND THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE INSTITUTIONAL DIVISION, HODGE UNIT, LAW LIBRARY, DOES NOT PROVIDE COPIES FOR PRISONER'S IN LITIGATION.

WHEREFORE, RELATOR PRAYS THAT THE COURT WOULD GRANT SUSPENSION OF 11 COPIES AND ALLOW RELATOR TO FILE ONE ORIGINAL COPY OF WRIT OF MANDAMUS.

(1)

# CERTIFICATE OF SERVICES

I, HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE SUSPENSION OF THE RULE MOTION WITH SUPPORTING AFFIDAVIT WAS SERVE UPON THE COURT OF CRIMINAL APPEALS CLERK, P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711.

EXECUTED ON DECEMBER 15, 2015.

RESPECTFULLY,

_____

EDWARD TUCKER

# ORDER

ON THIS THE _____ DAY OF _____ 2015, CAME ON TO BE HEARD RELATOR'S MOTION OF SUSPENSION OF RULE WITH SUPPORTING AFFIDAVIT AND AFTER DUE CONSIDERATION OF THE SAME, IT IS SO ORDER THAT THE MOTION SHOULD BE **GRANTED / DENIED:** IT THEREFORE ORDER A HEARING BE SET FOR _____ 2015.

_____

JUDGE PRESIDING

(2)

# TEXAS COURT OF CRIMINAL APPEALS

### CAUSE NO. 241-1308-07 D
### CAUSE NO. 241-2005-07

EDWARD TUCKER,

    AFFIANT,

                                            SWORN AFFIDAVIT OF

V.

                                            EDWARD TUCKER

THE DISTRICT CLERK, SMITH COUNTY,

MY NAME IS, EDWARD TUCKER, I AM OVER 18 YEARS OF AGE, I AM A RESIDENT OF CHEROKEE COUNTY, TEXAS AND I HAVE GIVEN THIS STATEMENT OF MY OWN FREE WILL AND THE FACTS STATED WITHIN THIS SWORN AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

I DO NOT HAVE FAMILY OR FRIENDS TO SEND AND MAKE 11 COPIES IN A RESONABLE TIME FRAME.

THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, HODGE UNIT, LAW LIBRARY DOES NOT PROVIDE COPIES TO PRO SE LITIGANT'S.

## DECLARATION

I HEREBY DECLARE UNDER THE PENALTY OF PERJURY THE ABOVE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, PURSUANT TO SEC. 132.000, 132.003 TEX. CIV. PRAC. REM. CODE.

EXECUTED ON DECEMBER 15, 2015.

                                            _____

                                              EDWARD TUCKER

(1)